99 A.3d 525

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Christopher WELCH, Respondent.**

Supreme Court of Pennsylvania.

Aug. 26, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to that court for reconsideration in light of *Commonwealth v. Castro*, 625 Pa. 582, 93 A.3d 818 (2014).   Jurisdiction relinquished.